UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| N.H., individually, and on behalf of her minor child, L.H.,<br><br>         Plaintiff,<br><br>    -v.-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION et al.,<br><br>         Defendants. | 24 Civ. 00619 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  This case alleges claims under the Individuals with Disabilities Education Act, Title 20, United States Code, Section 1410 *et seq*. The parties are hereby ORDERED to submit a joint letter, no later than **two weeks from the date of this Order** and not to exceed two pages, including the following information in separately numbered paragraphs:

(1) whether there is any need for discovery or an initial conference in this case;

(2) if there is no need for discovery or an initial conference, a proposed briefing schedule for any motions, including motions for summary judgment; and

(3) whether there is anything the Court can do to facilitate settlement (such as referring the matter for a settlement conference before a Magistrate Judge or to the District's Mediation Program).

  In accordance with the Court's Individual Rules and Practices, requests for an extension or adjournment may be made only by letter-motion filed on ECF and must be received at least two business days before the deadline or conference. The written submission must state (1) the original date(s); (2) the number of previous requests for adjournment or extensions of time; (3) whether those previous requests were granted or denied; (4) the reason(s) for the requested extension; (5) whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent; and (6) the date of the parties' next scheduled appearance before the Court,

as well as any other existing deadlines, and whether the requested adjournment or extension would affect those other deadlines or any other scheduled dates.

**Within two days of the date of this Order**, Plaintiff shall serve the Order electronically on counsel for Defendants and file proof of such service on ECF.

SO ORDERED.

Dated: February 6, 2024
New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge